PROB 22
(Rev. 2/88)

**MAGISTRATE JUDGE ASHMAN  JUDGE KENDALL**

TRANSFER OF JURISDICTION

~~MAGISTRATE JUDGE ASHMAN~~

| | |
|---|---|
| DOCKET NUMBER *(Tran. Court)* | SA-04-CR-521(01)FB |
| DOCKET NUMBER *(Rec. Court)* | |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| | Western/Texas | San Antonio |

Leonor Crystal Guzman
Niles, Illinois

RECEIVED
JAN 1 8 2008
PROBATION OFFICE
CHICAGO, ILLINOIS

| NAME OF SENTENCING JUDGE | | |
|---|---|---|
| Fred Biery | | |
| DATES OF PROBATION/SUPERVISED RELEASE | FROM | TO |
| | October 19, 2007 | October 18, 2012 |

OFFENSE
Conspiracy to Distribute Heroin

**08CR    0098**

---

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE _____ Western _____ DISTRICT OF _____ Texas _____

     IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the Northern District of Illinois _____ upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

_____1/11/08_____ /Date           _____ United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

---

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE _____ Northern _____ DISTRICT OF _____ Illinois _____

     IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

**F I L E D**

JAN 3 1 2008 *CM*

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

_____JAN 3 0 2008_____
Effective Date

_____James F. Holderman_____
United States District Judge