Filed: 02/14/08
Doc. #154

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
JOHN H. WOOD JR., U.S. COURTHOUSE
655 E. DURANGO BOULEVARD
SAN ANTONIO, TEXAS 78206

**FILED**

FEB 2 0 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**WILLIAM G. PUTNICKI**
Clerk of Court

February 14, 2008

CLERK'S COPY

08 CR 98

U. S. District Clerk's Office
Northern District of Illinois
219 South Dearborn Street
Chicago, Illinois 60604

SUBJECT:  Transfer of Jurisdiction of Supervision
United States vs. Leonor Crystal Guzman
Our Case No. SA-04-CR-521-FB

Dear Deputy Clerk:

The above action has been transferred to your court.

Enclosed is a certified copy of the transfer order and the docket sheet.

You may access electronically filed documents for this case at our CM/ECF web address: https://... Any documents not available electronically are enclosed in [...]

Please acknowledge receipt of the enclosed transfer order, docket sheet and original documents, if any, by signing and returning the enclosed copy of this letter to the divisional office at the address listed above.

Sincerely,
William G. Putnicki
Clerk of Court

By: _____
Ruth R. Guerrero
Deputy Clerk

Received this _____ day of _____, 200__, by: _____



**UNITED STATES DISTRICT COURT**
NORTHERN DISTRICT OF ILLINOIS
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604

MICHAEL W. DOBBINS

312-435-5698

Mr. William G. Putnicki
Clerk
United States District Court
A500 Federal Building
727 East Durango Boulevard
San Antonio, TX 78206

Dear Clerk:

Re:   US v Leonor Crystal Guzman
    Our case number:   - 08 cr 98  Northern District of Illinois

Dear Clerk:

Enclosed is a certified copy of the Probation Form 22, Transfer of Jurisdiction, regarding Leonor Crystal Guzman, , which has been accepted and assumed by this Court in the Northern District of Illinois, Eastern Division.

Please forward a certified copy of the indictment/information, judgment and docket along with the enclosed copy of this letter to the United States District Court at the above address. Your prompt attention to this matter is greatly appreciated.

                Sincerely,

                Michael W. Dobbins
                Clerk

      by:

                Deputy Clerk
                Yvette Pearson

Enclosure

CLOSED, INTERPRETER

## U.S. District Court [LIVE]
## Western District of Texas (San Antonio)
## CRIMINAL DOCKET FOR CASE #: 5:04-cr-00521-FB-1

Case title: USA v. Guzman  
Other court case number: :05- -51072 Fifth Circuit Def #2  
Magistrate judge case number: 5:04-mj-00575

Date Filed: 10/06/2004

Assigned to: Judge Fred Biery

### Defendant (1)

**Leonor Crystal Guzman**  
*TERMINATED: 07/08/2005*

represented by **Alfredo R. Villarreal**  
Federal Public Defender  
727 E. Durango  
San Antonio, TX 78206  
(210) 472-6700  
Fax: 210/472-4454  
Email: alfredo_villarreal@fd.org  
*TERMINATED: 07/08/2005*  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*  
Designation: Public Defender or Community Defender Appointment

### Pending Counts

21:846=ND.F CONSPIRACY TO DISTRIBUTE NARCOTICS  
(1s)

### Disposition

AMENDED SENTENCE: Time Served, 5 years supervised release. ORIGINAL SENTENCE: 39 months imprisonment with credit; 5 years supervised release; no fine; $100 special assessment.

### Highest Offense Level (Opening)

Felony

### Terminated Counts

21:841A=CD.F CONTROLLED SUBSTANCE - SELL, DISTRIBUTE, OR DISPENSE-CONSPIRACY TO DISTRIBUTE A CONTROLLED SUBSTANCE  
(1)

21:841B=CP.F CONTROLLED SUBSTANCE - POSSESSION-AIDING AND ABETTING POSSESSION WITH INTENT TO DISTRIBUTE A CONTROLLED SUBSTANCE  
(2)

### Disposition

Dismissed counts on Govt's motion.

Dismissed counts on Govt's motion.

A true copy of the original, I certify.  
Clerk, U. S. District Court  
By _____  
Deputy

### Highest Offense Level (Terminated)

Felony

**Complaints**                                                                            **Disposition**

Conspiracy to Distribute Controlled Substance,
Heroin in violation of 21 USC 841(a)(1), 841(b)
(1)(A)(i) and 846 [ 5:04-m -575 ]

**Plaintiff**

USA                                           represented by   **David Shearer**
                                                               Assistant United States Attorney
                                                               OCDETF / Narcotics
                                                               601 NW Loop 410, #600
                                                               San Antonio, TX 78216-5512
                                                               (210) 384-7025
                                                               Fax: 210/384-7028
                                                               Email: david.shearer@usdoj.gov
                                                               *LEAD ATTORNEY*
                                                               *ATTORNEY TO BE NOTICED*

                                                               **Joseph H. Gay, Jr.**
                                                               Assistant U.S. Attorney
                                                               601 N.W. Loop 410
                                                               Suite 600
                                                               San Antonio, TX 78216
                                                               (210) 384-7090
                                                               Fax: 210/530-6180
                                                               Email: Joseph.Gay@usdoj.gov
                                                               *LEAD ATTORNEY*
                                                               *ATTORNEY TO BE NOTICED*

                                                               **Michael R. Hardy**
                                                               Assistant United States Attorney
                                                               601 NW Loop 410
                                                               Suite 600
                                                               San Antonio, TX 78216-5512
                                                               (210) 384-7150
                                                               Fax: 210/384-7118
                                                               Email: mike.hardy@usdoj.gov
                                                               *LEAD ATTORNEY*
                                                               *ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 09/29/2004 |   | Arrest of Leonor Crystal Guzman, Norma Alvarez [ 5:04-m -575 ] (sj) (Entered: 10/04/2004) |
| 09/30/2004 |   | Case assigned to Honorable John W. Primomo [ 5:04-m -575 ] (sj) (Entered: 10/04/2004) |
| 09/30/2004 | 1 | Complaint filed against Leonor Crystal Guzman, Norma Alvarez, Jose Hernandez, Alfredo Borrego-Duenez, Isaias Vidal Escobedo-Sanchez [ 5:04-m -575 ] (sj) (Entered: 10/04/2004) |
| 09/30/2004 |   | Arrest warrant issued for Leonor Crystal Guzman, Norma Alvarez, Jose Hernandez, Alfredo Borrego-Duenez, Isaias Vidal Escobedo-Sanchez [ 5:04-m -575 ] (sj) (Entered: 10/04/2004) |

| | | |
|---|---|---|
| 09/30/2004 | | Defendant(s) Leonor Crystal Guzman first appearance held: Guzman; preliminary exam set at 9:30am on 10/5/04 for Leonor Crystal Guzman; Defendant informed of rights. [ 5:04-m -575 ] (sj) Modified on 10/04/2004 (Entered: 10/04/2004) |
| 09/30/2004 | 2 | CJA-23 Financial Affidavit filed as to Leonor Crystal Guzman [ 5:04-m -575 ] (sj) (Entered: 10/04/2004) |
| 09/30/2004 | 3 | Order appointing Federal Public Defender for Leonor Crystal Guzman: Alfredo R. Villarreal to represent defendant by Honorable John W. Primomo [ 5:04-m -575 ] (sj) (Entered: 10/04/2004) |
| 09/30/2004 | 4 | Order of Temporary Detention as to Leonor Crystal Guzman ; Bond set to NO BOND for Leonor Crystal Guzman. Setting Detention hearing for 9:30am on 10/5/04 for Leonor Crystal signed by Honorable John W. Primomo [ 5:04-m -575 ] (sj) Modified on 10/04/2004 (Entered: 10/04/2004) |
| 09/30/2004 | 15 | Minutes of proceedings for Initial Appearance conducted on 9/30/04 as to Leonor Crystal Guzman by Judge Primomo. Court Reporter: FTR Gold [ 5:04-m -575 ] (sj) (Entered: 10/04/2004) |
| 10/04/2004 | 20 | Waiver of preliminary examination by Leonor Crystal Guzman : Defendant held to district court. [ 5:04-m -575 ] (ac) (Entered: 10/05/2004) |
| 10/05/2004 | 21 | Minutes of proceedings for Detention Hearing conducted on 10/5/04 as to Leonor Crystal Guzman, Jose Hernandez, Alfredo Borrego-Duenez by Judge Mathy. Court Reporter: FTR Gold [ 5:04-m -575 ] (ac) (Entered: 10/05/2004) |
| 10/05/2004 | | Detention hearing for Leonor Crystal Guzman, Jose Hernandez, Alfredo Borrego-Duenez held - The parties announce that they have reached an agreement as to bond on Ms. Leonor Crystal Guzman. The Court will approve said agreement and will set a $50,000.00 Unsecured Bond with special conditions. Mr. Jose Hernandes agreed to be detained at this time and the Judge signed the Agreed Order of Detention as to him. The parties announced that they have reached an agreement as to Mr. Borrego-Duenez and the Court will approve said agreement and will set a $75,000.00 Unsecured Bond with special conditions [ 5:04-m -575 ] (ac) (Entered: 10/05/2004) |
| 10/05/2004 | 22 | Order bond set: Bond reset to $50,000.00 Unsecured for Leonor Crystal Guzman. Mooted Bond Motion(s) signed by Judge Pamela A. Mathy [ 5:04-m -575 ] (ac) (Entered: 10/05/2004) |
| 10/05/2004 | 23 | Bond filed: $50,000.00 Unsecured for Leonor Crystal Guzman [ 5:04-m -575 ] (ac) (Entered: 10/05/2004) |
| 10/06/2004 | | Case assigned to Honorable Fred Biery (mj) (Entered: 10/12/2004) |
| 10/06/2004 | 31 | Indictment filed against Leonor Crystal Guzman, Norma Alvarez, Jose Hernandez, Alfredo Borrego-Duenez, Isaias Vidal Escobedo-Sanchez Leonor Crystal Guzman (1) count(s) 1, 2, Norma Alvarez (2) count(s) 1, 2, Jose Hernandez (3) count(s) 1, 2, Alfredo Borrego-Duenez (4) count(s) 1, 2, Isaias Vidal Escobedo-Sanchez (5) count(s) 1, 2 (Pages: 3) (mj) (Entered: 10/12/2004) |
| 10/08/2004 | 33 | Order as to Leonor Crystal Guzman set arraignment for 1:30 10/18/04 for Leonor Crystal Guzman signed by Judge Pamela A. Mathy (mj) (Entered: 10/12/2004) |
| 10/08/2004 | 42 | Bench warrant returned executed for Leonor Crystal Guzman on 9/29/04 (rg1) (Entered: 10/13/2004) |
| 10/14/2004 | 47 | General Order Concerning Authentication of Exhibits as to Leonor Crystal Guzman, Norma Alvarez, Jose Hernandez, Alfredo Borrego-Duenez, Isaias Vidal Escobedo-Sanchez signed by Honorable Fred Biery (rg1) (Entered: 10/14/2004) |
| 10/15/2004 | 48 | General Order of Discovery as to Leonor Crystal Guzman, Norma Alvarez, Jose Hernandez, Alfredo Borrego-Duenez, Isaias Vidal Escobedo-Sanchez signed by |

| | | |
|---|---|---|
| | | Honorable Fred Biery (rg1) (Entered: 10/15/2004) |
| 10/18/2004 | 52 | Waiver of personal appearance at arraignment and entry of plea not guilty by , Leonor Crystal Guzman (1) count(s) 1, 2 signed by Judge Pamela A. Mathy (rg) (Entered: 10/19/2004) |
| 10/25/2004 | 68 | Scheduling order as to Leonor Crystal Guzman, Norma Alvarez, Jose Hernandez, Alfredo Borrego-Duenez, Isaias Vidal Escobedo-Sanchez setting ; Plea agreement to be submitted on or before 11/29/04 for Leonor Crystal Guzman, for Norma Alvarez, for Jose Hernandez, for Alfredo Borrego-Duenez, for Isaias Vidal Escobedo-Sanchez ; Docket Call set for 8:30 12/2/04 for Leonor Crystal Guzman, for Norma Alvarez, for Jose Hernandez, for Alfredo Borrego-Duenez, for Isaias Vidal Escobedo-Sanchez ; Jury trial set for 8:30 12/6/04 for Leonor Crystal Guzman, for Norma Alvarez, for Jose Hernandez, for Alfredo Borrego-Duenez, for Isaias Vidal Escobedo-Sanchez ; Jury Selection set for 8:30 12/6/04 for Leonor Crystal Guzman, for Norma Alvarez, for Jose Hernandez, for Alfredo Borrego-Duenez, for Isaias Vidal Escobedo-Sanchez . signed by Honorable Fred Biery (rg1) (Entered: 10/25/2004) |
| 11/24/2004 | 82 | Unopposed Motion by Leonor Crystal Guzman to continue ellis deadline, jury selection and trial deadlines (rg) (Entered: 11/29/2004) |
| 11/29/2004 | 83 | Scheduling Order as to Leonor Crystal Guzman granting motion to continue ellis deadline, jury selection and trial deadlines [82-1] as to Leonor Crystal Guzman (1) resetting scheduling order deadlines: ; Plea agreement to be submitted on or before 2/7/05 for Leonor Crystal Guzman ; Docket Call set for 8:30 2/10/05 for Leonor Crystal Guzman ; Jury trial set for 8:30 2/14/05 for Leonor Crystal Guzman , Jury selection 8:30 2/14/05 for Leonor Crystal Guzman , order indicates continuance is granted in order to obtain or substitute counsel, or give counsel reasonable time to prepare signed by Honorable Fred Biery (rg1) (Entered: 11/30/2004) |
| 01/24/2005 | 95 | Scheduling order as to Leonor Crystal Guzman setting ; Plea agreement to be submitted on or before 4/11/05; Docket Call set for 8:30 4/14/05; Jury trial set for 8:30 4/18/05; Jury Selection set for 8:30 4/18/05; signed by Honorable Fred Biery (tr) (Entered: 01/25/2005) |
| 04/14/2005 | 113 | Superseding information as to Leonor Crystal Guzman (1) count(s) 1s, Alfredo Borrego-Duenez (4) count(s) 1s (Pages: 2) (rg1) (Entered: 04/15/2005) |
| 04/14/2005 | 114 | Plea agreement filed as to Leonor Crystal Guzman as to count 1s. (rg1) (Entered: 04/15/2005) |
| 04/14/2005 | 115 | Sealed document as to Leonor Crystal Guzman placed under seal (rg1) (Entered: 04/15/2005) |
| 04/14/2005 | | Rearraignment as to Leonor Crystal Guzman, Alfredo Borrego-Duenez held. Guilty plea entered and accepted as to count 1s. Referred to probation for PSI. Dft continued on present bond pending sentencing. Waiver of Indictment signed. (rg1) (Entered: 04/15/2005) |
| 04/14/2005 | | Plea of guilty entered by , Leonor Crystal Guzman (1) count(s) 1s, Alfredo Borrego-Duenez (4) count(s) 1s (rg1) (Entered: 04/15/2005) |
| 04/14/2005 | | Referred to Probation for Pre-Sentence Report as to Leonor Crystal Guzman, Alfredo Borrego-Duenez (rg1) (Entered: 04/15/2005) |
| 04/14/2005 | | Guilty plea accepted by the court as to Leonor Crystal Guzman (1) count(s) 1s, Alfredo Borrego-Duenez (4) count(s) 1s ; Mooted Motions: (rg1) (Entered: 04/15/2005) |
| 04/14/2005 | 117 | Minutes of proceedings for Rearraignment conducted on 4/14/5 as to Leonor Crystal Guzman, Alfredo Borrego-Duenez by Judge Biery. Court Reporter: Poage (rg1) (Entered: 04/15/2005) |
| 04/14/2005 | 119 | Order as to Leonor Crystal Guzman, Alfredo Borrego-Duenez setting sentencing to 8:30 |

| | | |
|---|---|---|
| | | 7/8/05 for Leonor Crystal Guzman, for Alfredo Borrego-Duenez signed by Honorable Fred Biery (rg1) (Entered: 04/15/2005) |
| 04/18/2005 | 120 | Filed waiver of indictment by Leonor Crystal Guzman (rg1) (Entered: 04/18/2005) |
| 07/06/2005 | 133 | Petition to revoke bond as to Leonor Crystal Guzman (rg1) (Entered: 07/12/2005) |
| 07/07/2005 | 126 | Sealed Motion by USA as to Leonor Crystal Guzman SEALED (rg) (Entered: 07/08/2005) |
| 07/07/2005 | | Arrest warrant issued for Leonor Crystal Guzman (rg1) (Entered: 07/12/2005) |
| 07/08/2005 | 129 | Sealed Order as to Leonor Crystal Guzman granting motion SEALED [126-1] as to Leonor Crystal Guzman (1) signed by Honorable Fred Biery (rg1) (Entered: 07/11/2005) |
| 07/08/2005 | | Sentencing Leonor Crystal Guzman (1) count(s) 1s held Leonor Crystal Guzman (1) count(s) 1s. 39 months imprisonment with credit; 5 years supervised release; no fine; $100 special assessment. ; Mooted Motions: (rg1) (Entered: 07/11/2005) |
| 07/08/2005 | | Dismissed count on motion by the Govt Leonor Crystal Guzman (1) count(s) 1, 2 (rg1) (Entered: 07/11/2005) |
| 07/08/2005 | | Pre-Sentence investigation as to Leonor Crystal Guzman waived (rg1) (Entered: 07/11/2005) |
| 07/08/2005 | 131 | Minutes of proceedings for Sentencing conducted on 7/8/5 as to Leonor Crystal Guzman by Judge Biery. Court Reporter: Poage (rg1) (Entered: 07/11/2005) |
| 07/08/2005 | | Arrest of Leonor Crystal Guzman (rg1) (Entered: 07/12/2005) |
| 07/11/2005 | 134 | Arrest warrant returned executed for Leonor Crystal Guzman on 7/8/05 (rg1) (Entered: 07/12/2005) |
| 07/14/2005 | 136 | Judgment and Commitment as to Leonor Crystal Guzman (1) count(s) 1s ) signed by Honorable Fred Biery (rg1) (Entered: 07/14/2005) |
| 07/14/2005 | | SEALED PSI PLACED IN VAULT as to Leonor Crystal Guzman (rg1) (Entered: 07/14/2005) |
| 10/31/2005 | 141 | Judgment and commitment returned executed as to Leonor Crystal Guzman (1) count(s) 1s on 10/12/05 (rg1) (Entered: 10/31/2005) |
| 04/11/2007 | 144 | Letter/Correspondence by Leonor Crystal Guzman (rg1, ) (Entered: 04/12/2007) |
| 10/10/2007 | | Attorney Michael R. Hardy for USA added (rf) (Entered: 10/10/2007) |
| 10/11/2007 | 147 | SEALED MOTION by USA as to Leonor Crystal Guzman. (rg1, ) (Entered: 10/12/2007) |
| 10/12/2007 | 148 | AMENDED JUDGMENT as to Leonor Crystal Guzman (1), Count(s) 1, 2, Dismissed counts on Govt's motion.; Count(s) 1s, AMENDED SENTENCE: Time Served, 5 years supervised release. ORIGINAL SENTENCE: 39 months imprisonment with credit; 5 years supervised release; no fine; $100 special assessment.. Signed by Judge Fred Biery. (rg1, ) (Entered: 10/12/2007) |
| 10/12/2007 | 150 | SEALED ORDER granting 147 Sealed Motion as to Leonor Crystal Guzman (1). Signed by Judge Fred Biery. (rg1, ) (Entered: 10/12/2007) |
| 02/12/2008 | 153 | Probation/Supervised Release Jurisdiction Transferred to Northern District of Illinois as to Leonor Crystal Guzman Transmitted Transfer of Jurisdiction form, with certified copies of indictment, judgment and docket sheet. (rg1, ) (Entered: 02/12/2008) |

| PROB 22 (Rev. 2/88) | MAGISTRATE JUDGE ASHMAN  JUDGE KENDALL  TRANSFER OF JURISDICTION  MAGISTRATE JUDGE ASHMAN | DOCKET NUMBER (Tran. Court) SA-04-CR-521(01)FB |
|---|---|---|
| | | DOCKET NUMBER (Rec. Court) **FILED** |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Leonor Crystal Guzman | Western/Texas | San Antonio |
| | NAME OF SENTENCING JUDGE Fred Biery | |
| | DATES OF PROBATION/ SUPERVISED RELEASE | FROM October 19, 2007 | TO October 18, 2012 |

FILED FEB 1 2 2008
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY____ DEPUTY CLERK

RECEIVED JAN 18 2008
PROBATION OFFICE
CHICAGO, ILLINOIS

OFFENSE
Conspiracy to D... eroin

**08CR 0098**

---

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE ___Westsern___ DISTRICT OF ___Texas___

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the Northern District of Illinois upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

1/11/08
_____  _____
Date                United Sates District Judge

*This sentence may be deleted in the discretion of the transferring Court.

---

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE ___Northern___ DISTRICT OF ___Illinois___

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

A true copy of the original, I certify.
Clerk, U. S. District Court
By_____ Deputy

**FILED JAN 3 1 2008 CM**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

JAN 3 0 2008
_____  _____
Effective Date     United States District Judge